

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00064-CR

| | | |
|---|---|---|
| Ty Kealoha Eoff aka Ty Kegloha Eoff | § | From the 372nd District Court |
| | § | of Tarrant County (1415130D) |
| v. | § | December 1, 2016 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier